# EXHIBIT A

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2019-07-08 10:55:15 EDT |
| **Mark:** | GREEK FREAK |

**GREEK FREAK**

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86296824 | **Application Filing Date:** | May 30, 2014 |
| **US Registration Number:** | 5401870 | **Registration Date:** | Feb. 13, 2018 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Feb. 13, 2018 | | |
| **Publication Date:** | Oct. 21, 2014 | **Notice of Allowance Date:** | Dec. 16, 2014 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | GREEK FREAK |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Name Portrait Consent:** | The name "GREEK FREAK" identifies the nickname of Giannis Antetokounmpo, a living individual whose consent is of record. |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Backpacks | | |
| **International Class(es):** | 018 - Primary Class | **U.S Class(es):** | 001, 002, 003, 022, 041 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Dec. 01, 2017 | **Use in Commerce:** | Dec. 01, 2017 |
| **For:** | Shirts, t-shirts, sweatshirts, hooded sweatshirts, jackets, hooded jackets, sports jerseys, socks, warm up suits, caps, hats | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Dec. 01, 2017 | **Use in Commerce:** | Dec. 01, 2017 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |

| Filed No Basis: | No | Currently No Basis: | No |

## Current Owner(s) Information

**Owner Name:** Giannis Antetokounmpo
**Owner Address:** Suite 2700
875 N. Michigan Avenue
Chicago, ILLINOIS 60611
UNITED STATES
**Legal Entity Type:** INDIVIDUAL           **Citizenship:** UNITED STATES

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Susan Stabe,           **Docket Number:** 245463.00000
**Attorney Primary Email Address:** trademarks@troutmansanders.com           **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** SUSAN STABE, ESQ.
TROUTMAN SANDERS LLP
600 PEACHTREE ST NE STE 5200
ATLANTA, GEORGIA 30308-2216
UNITED STATES
**Phone:** (949) 622-2700           **Fax:** (949) 622-2739
**Correspondent e-mail:** trademarks@troutmansanders.com susan.stabe@troutmansanders.com erin.zaskoda@troutmansanders.com           **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 13, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Jan. 06, 2018 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Jan. 05, 2018 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jan. 05, 2018 | ASSIGNED TO EXAMINER | 81094 |
| Dec. 21, 2017 | STATEMENT OF USE PROCESSING COMPLETE | 74055 |
| Dec. 18, 2017 | USE AMENDMENT FILED | 74055 |
| Dec. 18, 2017 | TEAS STATEMENT OF USE RECEIVED | |
| Jun. 09, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jun. 08, 2017 | EXTENSION 5 GRANTED | 74055 |
| May 25, 2017 | EXTENSION 5 FILED | 74055 |
| Jun. 07, 2017 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 74055 |
| May 25, 2017 | TEAS EXTENSION RECEIVED | |
| Jan. 10, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jan. 07, 2017 | EXTENSION 4 GRANTED | 75298 |
| Dec. 06, 2016 | EXTENSION 4 FILED | 75298 |
| Dec. 06, 2016 | TEAS EXTENSION RECEIVED | |
| May 27, 2016 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| May 26, 2016 | EXTENSION 3 GRANTED | 75298 |
| May 25, 2016 | EXTENSION 3 FILED | 75298 |
| May 25, 2016 | TEAS EXTENSION RECEIVED | |
| Dec. 16, 2015 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Dec. 15, 2015 | EXTENSION 2 GRANTED | 75298 |
| Nov. 18, 2015 | EXTENSION 2 FILED | 75298 |
| Dec. 11, 2015 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 75298 |
| Nov. 18, 2015 | TEAS EXTENSION RECEIVED | |
| Jul. 15, 2015 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |

| Date | Event | Number |
|---|---|---|
| Jul. 14, 2015 | EXTENSION 1 GRANTED | 70458 |
| Jun. 15, 2015 | EXTENSION 1 FILED | 70458 |
| Jul. 14, 2015 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 70458 |
| Jun. 15, 2015 | TEAS EXTENSION RECEIVED | |
| Dec. 16, 2014 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 21, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 21, 2014 | PUBLISHED FOR OPPOSITION | |
| Oct. 01, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 17, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77976 |
| Sep. 15, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 12, 2014 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Sep. 12, 2014 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 12, 2014 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 12, 2014 | EXAMINERS AMENDMENT -WRITTEN | 91174 |
| Sep. 11, 2014 | ASSIGNED TO EXAMINER | 91174 |
| Jun. 17, 2014 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 77976 |
| Jun. 16, 2014 | ASSIGNED TO LIE | 77976 |
| Jun. 13, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 03, 2014 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 03, 2014 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Jan. 05, 2018 |

## Proceedings

### Summary

| | |
|---|---|
| **Number of Proceedings:** | 1 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91245533 | **Filing Date:** | Dec 28, 2018 |
| **Status:** | Terminated | **Status Date:** | Mar 12, 2019 |
| **Interlocutory Attorney:** | ANDREW P BAXLEY | | |

#### Defendant

| | |
|---|---|
| **Name:** | Giannis M Glykas |
| **Correspondent Address:** | MARK TERRY<br>MARK TERRY PA<br>801 BRICKELL AVE STE 900<br>MIAMI FL , 33131<br>UNITED STATES |
| **Correspondent e-mail:** | mark@terryfirm.com , yurie@terryfirm.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GREEK FREEK | Abandoned - After Inter-Partes Decision | 88011889 | |

#### Plaintiff(s)

| | |
|---|---|
| **Name:** | Giannis Antetokounmpo |
| **Correspondent Address:** | ARIADNE PANAGOPOULOU<br>ARIADNE PANAGOPOULOU LLP<br>950 THIRD AVENUE 25TH FL<br>NEW YORK NY , 10022<br>UNITED STATES |

| | |
|---|---|
| **Correspondent e-mail:** | ari@pnlawyers.com , taso@pnlawyers.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GREEK FREAK | Registered | 86296824 | 5401870 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Dec 28, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Dec 28, 2018 | Feb 06, 2019 |
| 3 | PENDING, INSTITUTED | Dec 28, 2018 | |
| 4 | P MOT FOR DEFAULT JUDGMENT | Feb 07, 2019 | |
| 5 | BD DECISION: OPP SUSTAINED | Mar 12, 2019 | |
| 6 | TERMINATED | Mar 12, 2019 | |