# EXHIBIT B

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2019-07-08 10:56:24 EDT |
| Mark: | GREEK FR34K |

# GREEK FR34K

| | | | |
|---|---|---|---|
| US Serial Number: | 88235593 | Application Filing Date: | Dec. 19, 2018 |
| Filed as TEAS RF: | Yes | Currently TEAS RF: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark, Service Mark | | |
| TM5 Common Status Descriptor: | | LIVE/APPLICATION/Published for Opposition | |
| | | A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration. | |
| Status: | Application has been published for opposition. The opposition period begins on the date of publication. | | |
| Status Date: | May 14, 2019 | | |
| Publication Date: | May 14, 2019 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | GREEK FR34K |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |
| Name Portrait Consent: | The name(s), portrait(s), and/or signature(s) shown in the mark identifies Giannis Antetokounmpo, whose consent(s) to register is made of record. |

## Related Properties Information

| | |
|---|---|
| Claimed Ownership of US Registrations: | 5401870 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | After shave; hair and body wash for men; Fragrances for men, namely, perfumery, colognes, eau de toilette; after shave balm; shave cream | | |
| International Class(es): | 003 - Primary Class | U.S Class(es): | 001, 004, 006, 050, 051, 052 |
| Class Status: | ACTIVE | | |
| Basis: | 1(b) | | |

| | | | |
|---|---|---|---|
| For: | Nutritional supplements; Dietary supplements; Powdered nutritional supplement drink mix; Nutritional supplements for boosting energy | | |
| International Class(es): | 005 - Primary Class | U.S Class(es): | 006, 018, 044, 046, 051, 052 |
| Class Status: | ACTIVE | | |
| Basis: | 1(b) | | |

| | |
|---|---|
| For: | Backpacks |

| | | | |
|---|---|---|---|
| **International Class(es):** | 018 - Primary Class | **U.S Class(es):** | 001, 002, 003, 022, 041 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | |
|---|---|
| **For:** | Shirts; t-shirts; sweatshirts; hooded sweatshirts; jackets; hooded jackets; sports jerseys; socks; warm up suits; caps being headwear; hats |

| | | | |
|---|---|---|---|
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | |
|---|---|
| **For:** | Basketball nets; Basketball backboards; Basketball goals; Basketball hoops; Basketball baskets; Basketball tube bags; Basketballs |

| | | | |
|---|---|---|---|
| **International Class(es):** | 028 - Primary Class | **U.S Class(es):** | 022, 023, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | |
|---|---|
| **For:** | Nut-based snack foods; Meat-based snack foods; Seed-based snack foods; Vegetable-based snack foods; Soy-based snack foods; Nut-based snack bars; Seed-based snack bars |

| | | | |
|---|---|---|---|
| **International Class(es):** | 029 - Primary Class | **U.S Class(es):** | 046 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | |
|---|---|
| **For:** | Beverages made of coffee; Beverages made of tea; Beverages with a coffee base; Beverages with a tea base; Cocoa-based beverages; Coffee-based iced beverages; Coffee based beverages; Coffee beverages with milk; Tea-based beverages; Tea-based iced beverages; Chocolates and chocolate based ready to eat candies and snacks; Grain-based snack foods; Granola-based snack bars; Cereal based snack food; Quinoa-based snack foods; Cereal-based snack foods |

| | | | |
|---|---|---|---|
| **International Class(es):** | 030 - Primary Class | **U.S Class(es):** | 046 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | |
|---|---|
| **For:** | sports drinks; Non-alcoholic drinks, namely, sports and energy drinks; Soft drinks, namely, sodas; Water beverages; bottled water; Cider, non-alcoholic; Fruit-flavored beverages; Fruit-flavoured beverages; Fruit beverages; Fruit juice beverages; Ginger ale; Ginger beer; Lemonade; Non-alcoholic beer; Non-alcoholic beer flavored beverages; Non-alcoholic beverages containing fruit juices; Non-alcoholic beverages flavored with coffee; Non-alcoholic beverages flavored with tea; Non-alcoholic beverages flavoured with coffee; Non-alcoholic beverages flavoured with tea; Non-alcoholic beverages with tea flavor; Non-alcoholic beverages, namely, carbonated beverages; Non-alcoholic fruit juice beverages |

| | | | |
|---|---|---|---|
| **International Class(es):** | 032 - Primary Class | **U.S Class(es):** | 045, 046, 048 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | |
|---|---|
| **For:** | Promoting the goods and/or services of others through the issuance of product endorsements |

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Antetokounmpo, Giannis |
| **Owner Address:** | 875 N. Michigan Avenue, Suite 2700<br>Chicago, ILLINOIS UNITED STATES 60611 |
| **Legal Entity Type:** INDIVIDUAL | **Citizenship:** GREECE |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Lydia Vradi |
| **Attorney Primary Email Address:** | lydia@pnlawyers.com |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Lydia Vradi<br>PARDALIS & NOHAVICKA LLP<br>950 THIRD AVENUE 25TH FLOOR<br>NEW YORK, NEW YORK UNITED STATES 10022 |
| **Phone:** | 718-777-0400 |
| **Correspondent e-mail:** | lydia@pnlawyers.com  taso@pnlawyers.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 04, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 04, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 14, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 14, 2019 | PUBLISHED FOR OPPOSITION | |
| Apr. 24, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Apr. 03, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 03, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | 66213 |
| Apr. 03, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 66213 |
| Mar. 28, 2019 | ASSIGNED TO LIE | 66213 |
| Mar. 21, 2019 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Mar. 14, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 14, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 14, 2019 | NON-FINAL ACTION WRITTEN | 78475 |
| Mar. 14, 2019 | ASSIGNED TO EXAMINER | 78475 |
| Jan. 11, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Dec. 26, 2018 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Dec. 26, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Dec. 22, 2018 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

| | |
|---|---|
| **TM Attorney:** LAW, CHRISTOPHER M | **Law Office Assigned:** LAW OFFICE 103 |

### File Location

| | |
|---|---|
| **Current Location:** PUBLICATION AND ISSUE SECTION | **Date in Location:** Apr. 05, 2019 |