EXHIBIT D



# sportzcases

**199** Posts    **7,738** Followers    **4** Following

**SportzCases**
Product/Service
🔵 Original designs by @SportzCases
🔵 Worldwide shipping
🔵 High quality cases
🔵 Added protection against drops
SportzCases.com

[Follow]  [Message]  [Email]

  

NewBasket...  NewBaseball!  NewFootball!

  
  



12:49

sportzcases

**SportzCases**
Product/Service
🔵 Original designs by @SportzCases
🔵 Worldwide shipping
🔵 High quality cases
🔵 Added protection against drops
SportzCases.com

Follow | Message | Email | 

  
NewBasket... NewBaseball! NewFootball!

  

  

  

  

    

