# EXHIBIT G



# "Baller"

~~$30.00 USD~~ **$19.99 USD**

**Phone:**

- Iphone 6/6s
- Iphone 6 Plus/6s Plus
- Iphone 7
- Iphone 7 Plus
- Iphone 8
- Iphone 8 Plus
- Iphone X/XS
- Iphone Xs Max
- Iphone XR
- Iphone 11
- Iphone 11 Pro
- Iphone 11 Pro Max
- Iphone 5/5s/SE

**ADD TO CART**

**More payment options**

Sale ends in

00 : 05 : 21 : 50
DAYS   HRS   MINS   SECS




